**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEISURE TIME PRODUCTS, LLC DBA BACKYARD DISCOVERY<br><br>　　　　　　Defendant. | Civil Action No. 2:24-cv-00359-PPS-JEM<br><br>Judge Philip P. Simon<br>Magistrate Judge John E. Martin |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff ROOSEVELT BRADLEY, through undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant LEISURE TIME PRODUCTS, LLC DBA BACKYARD DISCOVERY. The parties are finalizing the terms of the settlement and expect to file a dismissal within thirty (30) days.

Dated: December 28, 2024　　　　　Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA Bar No. 87338)
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
101 Pennsylvania Blvd., Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiff Roosevelt Bradley*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 28th day of December, 2024, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
