**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

ROOSEVELT BRADLEY,                    )
                                      )
                    Plaintiff,        )
                                      )
        vs.                           )        Cause No.: 2:24-cv-359-PPS
                                      )
                                      )
LEISURE TIME PRODUCTS, LLC,           )
                                      )
                    Defendant.        )

## ORDER

The Parties' Stipulation for Dismissal [DE 15] is **SO ORDERED**. Pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED**

**WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the

case.

**SO ORDERED**.

ENTERED:  January 31, 2025.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT